## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,

           Plaintiff,

vs.

Case No.  13-cv-11304
Hon. Nancy G. Edmonds/
Mag. David R. Grand

RODNEY MITCHELL, JON THOMAS HANKERSON,
SUMMIT MEDICAL GROUP, PLLC, GREATER
LAKES AMBULATORY SURGICAL CENTER, PLLC
d/b/a ENDOSURGICAL CENTER AT GREAT LAKES,
GREATER LAKES ANESTHESIA, PLLC, MICHIGAN
BRAIN & SPINE PHYSICIANS GROUP, PLLC,
MICHIGAN SURGICAL GROUP, PLLC,
& STRATEGIC BILLING, LLC,

           Defendants.

_____/

DONALD C. BROWNELL (P48848)
ALICIA SIEFER LABEAU (P70874)
VANDEVEER GARZIA, P.C.
Attorneys for Plaintiff
1450 W. Long Lake Road, Suite 100
Troy, MI  48098-6330
(248) 312-2800
dbrownell@vgpclaw.com
_____/

## <u>ORDER OF VOLUNTARY DISMISSAL PURSUANT TO</u>
## <u>FED.R.CIV.P. 41(a)(1)(A)(i)</u>

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action, in its entirety, with prejudice.

This is the last pending claim and closes the case.

           s/Nancy G. Edmonds_____
           Nancy G. Edmonds
           United States District Judge

Dated: September 17, 2013

VANDEVEER GARZIA, P.C.

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol Hemeyer

*VANDEVEER GARZIA, P.C.*